IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JUDGE ZOUHARY**
**MAG JUDGE CLAY**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | CASE NO. 3:25 CR 47 |
| v. ) | Title 18, United States Code, |
| ) | Sections 922(g)(5) and 924(a)(8) |
| FRANKLIN CALIX-ROMERO, ) | |
| ) | FILED |
| Defendant. ) | FEB 05 2025 |
| | CLERK, U.S. DISTRICT COURT |
| | NORTHERN DISTRICT OF OHIO |
| | TOLEDO |

COUNT 1
(Possession of a Firearm by a Prohibited Person, 18 U.S.C. §§ 922(g)(5) and 924(a)(8))

The Grand Jury charges:

1. On or about January 17, 2025, in the Northern District of Ohio, Western Division, the defendant FRANKLIN CALIX-ROMERO, a citizen of Honduras, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Ruger 9mm semiautomatic pistol bearing serial number 336-06346 and 9mm ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code Sections 922(g)(5) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant FRANKLIN CALIX-ROMERO shall forfeit to the United States any and all


ORIGINAL

firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.